# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**FRANK MICHAEL GRILLO**                                                **APPELLANT**

**V.**                  **CASE NO. 3:08-cv-00747-HTW-LRA**

**DEVELOPMENT SPECIALISTS, INC.**                       **APPELLEE**

## ORDER OF DISMISSAL

This matter came before the Court upon the request of Appellant, Frank Michael Grillo, for the entry of an Order dismissing this appeal. The Court being advised that the parties to this matter have reached a full compromise and settlement, finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that this matter be dismissed.

SO ORDERED, this the 29th day of May, 2009.

                                       **s/ HENRY T. WINGATE**

                                       _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ S. Craig Panter
S. CRAIG PANTER
Attorney for Appellant